UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GUY ZERINGUE, III | CIVIL ACTION |
| VERSUS | NO. 22-1861 |
| SUN LIFE ASSURANCE COMPANY OF CANADA | SECTION: "G"(2) |

### ORDER

Considering the parties' "Joint Motion and Order of Dismissal,"[1]

**IT IS HEREBY ORDERED** that Plaintiff's claims in the above captioned matter are **DISMISSED WITH PREJUDICE,** with each party to bear their own costs.

NEW ORLEANS, LOUISIANA this  2nd   day of May, 2023.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 29.

1